## Noyce v. Huntington.

On petition for a new trial, on the ground of new discovered evidence.   Becket, a witness offered by the petitioner, though named in the petition, was refused to be sworn; because, the party, by using due diligence, might have known of, and had his evidence at the former trial.

The petitioner then moved — That another witness might be sworn, who was not named in the petition; but he was refused, because he was not named; though it was said by some of the court, there would be more reason for admitting him, after witnesses had testified who were named in the petition, but in this case none had sworn. No after witnesses were offered, and the petition was withdrawn.